**No. 63625.**—R. F. Downing & Co., Inc., and Hooker Electrochemical Co. *v.* United States, protest 237653–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of copper rods similar in all material respects to those the subject of *H. J. Van Der Ryn, Inc., et al.* v. *United States* (40 Cust. Ct. 90, C.D. 1964), the claim of the plaintiffs was sustained.

**No. 63626.**—Rietmann Pilcer Co. *v.* United States, protest 309193–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C.D. 1639), the claim of the plaintiff was sustained.